# EXHIBIT 1



US00D968311S

(12) **United States Design Patent**

Kuang

(10) Patent No.: **US D968,311 S**

(45) Date of Patent: ** **Nov. 1, 2022**

(54) **ROOF RACK CROSSBAR**

(71) Applicant: **Xingqin Kuang**, Tianrun (CN)

(72) Inventor: **Xingqin Kuang**, Tianrun (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/823,358**

(22) Filed: **Jan. 17, 2022**

(51) LOC (13) Cl. .............................................. **12-16**

(52) U.S. Cl.
USPC ...................................................... **D12/412**

(58) **Field of Classification Search**
USPC ............. D12/406–414; D3/35; D6/317–319, D6/513–514; D32/58
CPC .............. B62J 9/003; B62J 7/06; B62J 9/001
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D515,496 S | | 2/2006 | Rakow |
| D538,219 S | | 3/2007 | Rakow |
| D568,231 S | | 5/2008 | Frischer |
| D626,059 S | | 10/2010 | Jackson |
| D633,031 S | | 2/2011 | Robertson |
| D709,818 S | * | 7/2014 | Zhang ......................... D12/412 |
| D792,833 S | * | 7/2017 | Chan ......................... D12/412 |
| D855,551 S | | 8/2019 | Shen |
| D856,901 S | | 8/2019 | Elliott |
| 10,384,587 B2 | * | 8/2019 | Flaherty ................ B60P 3/1008 |
| D873,760 S | | 1/2020 | Connellan |
| D877,686 S | | 3/2020 | Connellan |
| D878,277 S | | 3/2020 | Connellan |
| D879,012 S | * | 3/2020 | Guo ............................ D12/412 |
| D895,529 S | * | 9/2020 | Chang ...................... D12/412 |
| D895,530 S | * | 9/2020 | Lathrop ..................... D12/412 |
| D906,225 S | * | 12/2020 | Eriksson .................. D12/412 |
| D908,072 S | * | 1/2021 | Connellan ................. D12/412 |
| D919,550 S | * | 5/2021 | Teng ......................... D12/412 |
| D921,567 S | * | 6/2021 | Pearce ...................... D12/412 |
| D921,568 S | * | 6/2021 | Xia ............................ D12/412 |
| D929,930 S | * | 9/2021 | Park ......................... D12/406 |
| D940,631 S | * | 1/2022 | Gangappa ................. D12/412 |

* cited by examiner

*Primary Examiner* — Katrina A Betton

(74) *Attorney, Agent, or Firm* — Rumit Ranjit Kanakia

(57) **CLAIM**

The ornamental design for a roof rack crossbar, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a roof rack crossbar showing my new design;
FIG. **2** is another perspective view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a rear elevational view thereof;
FIG. **5** is a left devotional view thereof the right side view is identical;
FIG. **6** is a top side view thereof;
FIG. **7** is a bottom plan view thereof;
FIG. **8** is a partial enlarged view of FIG. **1**;
FIG. **9** is a partial enlarged view of FIG. **2**; and,
FIG. **10** is a partial enlarged view of FIG. **2**.
The broken lines in the figures are for the purposes of illustrating portions of the roof rack crossbar, which form no part of the claimed design.

**1 Claim, 10 Drawing Sheets**





*FIG.8*

*FIG.1*

Case: 1:24-cv-03326 Document #: 1-1 Filed: 04/25/24 Page 4 of 13 PageID #:16



*FIG.10*

*FIG.9*

*FIG.2*

Case: 1:24-cv-03326 Document #: 1-1 Filed: 04/25/24 Page 5 of 13 PageID #:17



*FIG.3*

Case: 1:24-cv-03326 Document #: 1-1 Filed: 04/25/24 Page 6 of 13 PageID #:18



*FIG.4*

Case: 1:24-cv-03326 Document #: 1-1 Filed: 04/25/24 Page 7 of 13 PageID #:19



*FIG.5*



*FIG.6*



*FIG.7*



*FIG.8*



*FIG.9*



*FIG.10*

# PATENT ASSIGNMENT

Xingqin Kuang ("Assignor") is owner of U.S. Patent Number: USD968311S, issue dated November 1st, 2022, titled Roof Rack Crossbar, (the "Patent"). Peiqiong Li ("Assignee") desires to acquire rights in and to the Patent.

Therefore, for valuable consideration, the receipt of which is acknowledged, Assignor assigns to Assignee all right, title and interest in the invention and Patent, including the right enforce and recover damages for past infringement, to Assignee for the entire term of the Patent and any reissues or extensions and for the entire terms of any patents, reissues, or extensions that may issue from foreign applications, divisions, continuations in whole or part, or substitute applications filed claiming the benefit of the Patent. The right, title, and interest conveyed in this Assignment is to be held and enjoyed by Assignee and Assignee's successors as fully and exclusively as it would have been held and enjoyed by Assignor had this assignment not been made.

Assignor further agrees to: (a) cooperate with Assignee in the protection of the patent rights and prosecution and protection of foreign counterparts; (b) execute, verify, acknowledge and deliver all such further papers, including patent applications and instruments of transfer; and (c) perform such other acts as Assignee lawfully may request to obtain or maintain the Patent and any and all applications and registrations for the invention in any and all countries.

Assignor Signature: *Xingqin Kuang*
Xingqin Kuang
Date: January 29, 2024

Assignee Signature: *Peiqiong Li*
Peiqiong Li
Date: January 29, 2024

[NOTE THAT IT IS RECOMMENDED, BUT NOT REQUIRED, THAT SIGNATURES BE LEGALIZED. IN THE U.S. WE TYPICALLY SUGGEST NOTARIZATION]