**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Li v. Partnerships and Unincorporated Associations Identified on Schedule A

Case Number: 1:24-cv-03326

An appearance is hereby filed by the undersigned as attorney for: Neptuneauto, earthauto, motorsportplus, jupiterauto, longhongauto, novoauto, alpesauto, autogalaxy, summitteile, universeparts, smotorparts

Attorney name (type or print): Benjamin Solter

Firm: Cross-Border Counselor LLP

Street address: 12555 High Bluff Drive, Suite 190, San Diego, CA

City/State/Zip: 92130

Bar ID Number: 269388 (CA Bar)
(See item 3 in instructions)

Telephone Number: 781 752 6369

Email Address: bsolter@solteriplaw.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 22, 2024

Attorney signature: S/ Benjamin Solter
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023