IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Peiqiong Li<br><br>  Plaintiff,<br>v.<br><br>The Partnerships and Unincorporated Associations Identified in Schedule "A",<br><br>  Defendants. | Case No.: 24-cv-03326<br><br>Judge: Hon. Sara L. Ellis<br><br>Magistrate: Hon. Gabriel A. Fuentes |

**VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, hereby dismisses this action **with prejudice** as to the following Defendants:

| Doe # | Store Name | Seller ID |
|---|---|---|
| 1 | aftsparepartsau | 1770945266 |
| 5 | AutekComma | A35WICGBYWN60R |
| 6 | auto-parts-afsal5808/afsal5808 | 2504858285 |
| 59 | sinocmppartsusa | 2356877891 |
| 69 | topsinoauto | 2498785795 |
| 79 | ZDKK | A1AZBV6445WMJJ |

Dated: May 31, 2024

Respectfully submitted,

By:   /s/ Kevin Keener

Kevin J. Keener
ARDC #6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com