**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Peiqiong Li | ) | |
| | ) | |
| | ) | Case No.: 24-cv-03326 |
| Plaintiff, | ) | |
| v. | ) | Judge: Hon. Sara L. Ellis |
| | ) | |
| The Partnerships and Unincorporated Associations Identified in Schedule "A", | ) | Magistrate: Hon. Gabriel A. Fuentes |
| | ) | |
| Defendants. | ) | |

## VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, hereby dismisses this action **without prejudice** as to all remaining Defendants. Plaintiff hereby requests that the bond on file be released and the case be closed.

Dated: May 31, 2024                                Respectfully submitted,

                                                                By:    /s/ Kevin Keener

Kevin J. Keener
ARDC #6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com