IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEIQIONG LI,<br><br>           Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>           Defendants. | Case No. 24-cv-03326<br><br>**Judge Sara L. Ellis**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff Peiqiong Li ("Peiqiong Li") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Peiqiong Li's Motion in part as follows.

This Court finds Peiqiong Li has provided notice to Defendants in accordance with the Temporary Restraining Order entered May 7, 2024, [DOCKET NO. 15] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Peiqiong Li has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products infringing Peiqiong Li's federally registered patent (the "Peiqiong Li Patent") to residents of Illinois. In this case, Peiqiong Li has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Peiqiong Li Patent. *See* Docket Nos. 12, 12-1, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois in violation of Peiqiong Li's Patent.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Peiqiong Li's previously granted Motion for Entry of a TRO establishes that Peiqiong Li has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Peiqiong Li will suffer irreparable harm if the injunction is not granted.

Specifically, Peiqiong Li has proved a *prima facie* case of patent infringement because the Defendants incorporate the patented design of the D'311 patent to an article of manufacture. Additionally, Defendants are not licensed or authorized to use the Peiqiong Li Patent. Furthermore, Defendants' continued and unauthorized use of the Peiqiong Li Patent irreparably harms Peiqiong Li through diminished goodwill and brand confidence, damage to Peiqiong Li's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address

such damage and, therefore, Peiqiong Li has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the Peiqiong Li Patent or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Peiqiong Li product or not authorized by Peiqiong Li to be sold in connection with the Peiqiong Li Patent;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Peiqiong Li product or any other product produced by Peiqiong Li, that is not Peiqiong Li's or not produced under the authorization, control, or supervision of Peiqiong Li and approved by Peiqiong Li for sale under the Peiqiong Li Patent;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Peiqiong Li, or are sponsored by, approved by, or otherwise connected with Peiqiong Li; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Peiqiong Li, nor authorized by Peiqiong Li to be sold or offered for sale, and which infringe Peiqiong Li's Patent.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Upon Peiqiong Li's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Peiqiong Li expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

    a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

    c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay,

or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Upon Peiqiong Li's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Peiqiong Li Patent.

5. Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified below, and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6. Peiqiong Li may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "aftsparepartsau and all other Defendants identified in the Operative Complaint" that shall apply to all Defendants.

        The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7. Plaintiff's Schedule A to the Complaint [DOCKET NO. 4], Exhibit 1 to the Declaration of Peiqiong Li and Exhibit 2 to Declaration of Kevin Keener [DOCKET NOs. 12 through 12-2] , and the TRO [DOCKET NO. 15] are unsealed.

8. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

9. The $10,000 bond posted by Peiqiong Li shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

_____
SARA L. ELLIS
United States District Judge

Dated: May 22, 2024

**Schedule A**

| Doe | Merchant Name | Merchant ID | Merchant Email |
|---|---|---|---|
| 1 | aftsparepartsau | 1770945266 | sincmp-usa@hotmail.com |
| 2 | Alex's Warehouse/alexswarehouse | 2441575643 | mwhitt@ucstealth.com |
| 3 | alpesauto | 2157270554 | jg2020008@126.com |
| 4 | ANTS PART | A2H2GLZJS0U7K0 | outdoordeal@hotmail.com |
| 5 | AutekComma | A35WICGBYWN60R | 105334476@qq.com |
| 6 | auto-parts-afsal5808/afsal5808 | 2504858285 | afsalesino@163.com |
| 7 | AUTOBIGBROTHER | 2530202881 | autogoodbrother@outlook.com |
| 8 | autogalaxy/autogalaxy1 | 2156884556 | jg2020004@163.com |
| 9 | BAOHUAFZ | A2VYFXXFAPGTZ6 | baohuafz@hotmail.com |
| 10 | BougeRV | N/A | bougerv@outlook.com |
| 11 | Cargo bar | A2P18LS0NS3QZ7 | kuwei666888@163.com |
| 12 | CHAUTO2023/changhaoxw | 2493393951 | czjpsm2023@163.com |
| 13 | CHEINAUTO Direct | A2BTV2X6VIM8OD | s7rhfgy@163.com |
| 14 | choiceness-auto/choicenessauto | 2558846199 | gaogaodeo@outlook.com |
| 15 | daily-auto/daliyauto | 2540338265 | amberwang1998@outlook.com |
| 16 | earthauto | 2156897237 | jg2020008@163.com |
| 17 | Echo-autohome/echoautohome | 2533541470 | millo888ctt@outlook.com |
| 18 | hsauto_shop/Epoch_auto/auroraautoshop | 2530196182 | qxn13057153805@outlook.com |
| 19 | fc-auto/fcauto | 2422423654 | 2050479954@qq.com |
| 20 | fengYu | A24AWYCYQ7BC7O | 610932877@qq.com |
| 21 | FJshengrong | A1XNLTVA5XQ0D8 | fjshengrong@hotmail.com |
| 22 | Gaea Auto | A4R2OA9YDX60A | gaeaauto@126.com |
| 23 | Gemmauto-Shoppingmall/gemmautoshoppingmall | 2523034332 | czjmauto@outlook.com |
| 24 | newstart-auto/Hsbf_auto/hsbfauto | 2531384611 | yyqxgyl981201@outlook.com |

| 25 | julau-auto/Hsbif_autohome/hsbifautohome | 2531042237 | czhs888yyk@outlook.com |
|---|---|---|---|
| 26 | hsmotorefit | 2549993547 | czjmasjx@outlook.com |
| 27 | Hspeed_shop/hspeedshop | 2530716277 | wjjdauto@outlook.com |
| 28 | Hspeede_auto/hspeedeauto | 2539420226 | 1040067134@qq.com |
| 29 | HTXauto | A3GPGOMQCS8MBV | 18101506617@163.com |
| 30 | Huray | A3APA9MS2AVP76 | huray1209@163.com |
| 31 | IKABEVEM | A3DNISPU997NPR | ikabevem@outlook.com |
| 32 | ISSYAUTO | A3HFUC27WX97EL | issyzonesmart@gmail.com |
| 33 | jupiterauto | 2156890591 | jg2020006@163.com |
| 34 | Kemimoto-UTV/marspluto04 | 1392203344 | marspluto2004@outlook.com |
| 35 | longhongauto | 1632628353 | 23688647@qq.com |
| 36 | longye_auto/longyeauto | 1958364936 | 1765955871@qq.com |
| 37 | maxking | 2527582019 | czyz526888@outlook.com |
| 38 | milliontons | 1762830852 | milliontons2018@hotmail.com |
| 39 | baodanking_auto/mocho-auto/mochoauto | 2498535952 | newautoparts19990608@outlook.com |
| 41 | motorsportplus | 1448097243 | henrychain@outlook.com |
| 42 | motorvehicle | 1647600665 | motorkuikui@163.com |
| 43 | mt08usa | 2548415953 | lmf0801@outlook.com |
| 44 | mtan08parts | 2548721431 | mitan23456@outlook.com |
| 45 | Mysterion_Auto/mysterionauto | 2445368762 | mysterion1996@126.com |
| 46 | neptuneauto | 2156893473 | jg2020007@163.com |
| 47 | novoauto | 1989452960 | everestcar@163.com |
| 48 | ns-turbo-auto/nsturboauto | 2213124867 | wxwsyjhaa@outlook.com |
| 49 | OCPTY AutoParts | A38Z7WLHOKZL2H | gonghaijun2014@outlook.com |
| 51 | PARUQS-Auto/iceyz75 | 2402544275 | junnberoy@outlook.com |
| 52 | rao jintang | A1IWGB4982OFGA | qiandd66@126.com |
| 53 | Roadrunnerauto_shop/roadrunnerautoshop | 2528942987 | czjmautoctt@outlook.com |

| 54 | salelifter | 1811294442 | salelifter2018@hotmail.com |
|---|---|---|---|
| 55 | Sandyshop01 | A22LLNEDE2CVJ0 | wkhjs756@163.com |
| 56 | Scitoo Auto | A3GW5CKPDHE2JH | zhaoyuscitoo@outlook.com |
| 57 | Seattle Design/seattledesign | 1888882073 | yintatech@163.com |
| 58 | Shouxinda | N/A | gxl30002@163.com |
| 59 | sinocmppartsusa | 2356877891 | blue27681349@163.com |
| 60 | small_target-auto/smalltargetauto | 2288405727 | small_target@outlook.com |
| 61 | smotorparts | 1561403596 | chancingparts@gmail.com |
| 62 | sport-motor/sportmotor | 1434717071 | yintasport@outlook.com |
| 65 | summitteile | 1837541665 | office2@jongerparts.com |
| 66 | tangying_auto-Auto/whisperauto | 2528953801 | czjmautogyl@outlook.com |
| 67 | The KitsPro | A3MLIH1T4EHC9P | ngqp002@163.com |
| 69 | topsinoauto | 2498785795 | chb_sinautopart2@163.com |
| 70 | Tuntrol | A2B0XBD8KAFJYM | justbike0701@outlook.com |
| 71 | tw-auto-parts/twautoparts | 2160933347 | lilin2224@outlook.com |
| 72 | tw2-auto-parts/tw2autoparts | 2163734970 | pengcheng0713@outlook.com |
| 73 | TYZ AUTO PARTS | A9HIRRBZM065V | 3511014065@qq.com |
| 74 | universeparts/multiautoparts | 2156880611 | jg2020003@163.com |
| 75 | vogue-auto/vogueauto | 2503320602 | vogueauto123@outlook.com |
| 76 | YARLGIA | A26ZJHON4O9PA9 | zitonghuaiji5@126.com |
| 77 | YIXI-Auto/yxinauto | 2130683848 | czyixin1218@outlook.com |
| 78 | YTAUTOPARTS | A1ZAQM5K0NM959 | ytauto_amazing@hotmail.com |
| 79 | ZDKK | A1AZBV6445WMJJ | zhaoshugongsw@outlook.com |